# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 10-00344-CJC(MLGx)                            Date: June 7, 2011

Title: <u>MICHAEL KRONK V. LANDWIN GROUP LLC ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

     By order dated June 7, 2011, this Court granted Defendants' motion to dismiss Mr. Kronk's federal claims. Only one state-law claim remains in this action. Mr. Kronk has not alleged facts in his Second Amended Complaint to establish the minimal diversity and amount in controversy requirements for this Court to exercise jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). Accordingly, the Court hereby ORDERS Mr. Kronk to show cause why his remaining state law claim should not be dismissed for lack of jurisdiction. If Mr. Kronk seeks to establish CAFA jurisdiction, he must submit evidence that the minimal diversity and amount in controversy requirements are satisfied in this case.

     Mr. Kronk shall file his opposition to this order to show cause within seven days from the date of this minute order. Defendants shall have seven days thereafter to file a response. The matter shall stand submitted upon the receipt of Defendants' response.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                                                      Initials of Deputy Clerk MU