Case No. SACV 10-00344-CJC(MLGx)            Date: June 27, 2011

Title: <u>MICHAEL KRONK V. LANDWIN GROUP LLC ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Michelle Urie</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                 None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S COMPLAINT**

       By order dated June 7, 2011, this Court granted Defendants' motion to dismiss Mr. Kronk's federal claims, leaving only one state-law claim remaining in this action. The Court also issued an order to show cause to Mr. Kronk regarding the basis for this Court's jurisdiction over the remaining claims. Mr. Kronk did not respond to the Court's order. Accordingly, the Court declines to exercise its supplemental jurisdiction over the one remaining state-law claim pursuant to 28 U.S. § 1367(c)(3) and DISMISSES this action for failure to comply with this Court's order.

mkyc